IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ERROL M WINDHOM,                          *

                Plaintiff,              *

v.                                                    Case No. 5:25-cv-518 (MTT)

                                        *

CLIFTON WOODY, et al.,

                                        *

                Defendants.          *

## **J U D G M E N T**

Pursuant to this Court's Order dated May 21, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 22nd day of May, 2026.

                                David W. Bunt, Clerk

                                s/ Katie Logsdon, Deputy Clerk